No. 228.—Schaening, peticionario, *v.* La Corte de Distrito de San Juan, Disto. 2º., Hon. Manuel Rodríguez Serra, Juez, demandado.—Mar. 16, 1925. Homicidio involuntario.

Por cuanto llamado hoy para vista el presente recurso de *mandamus* el demandado por conducto del Fiscal de este tribunal se allanó a la petición;

POR CUANTO el peticionario, visto el allanamiento del demandado, solicitó la expedición del auto perentorio;

POR CUANTO los méritos del caso así lo requieren;

POR TANTO, expídase auto perentorio de *mandamus* .dirigido al Hon. Manuel Rodríguez Serra, Juez del Segundo Distrito de la Corte de Distrito de San Juan, para que sobresea inmediatamente el proceso que por homicidio involuntario fué iniciado contra el peticionario, ya que la acusación fué radicada en dicha corte en junio 13 de 1924, después de sesenta días de haber sido arrestado, y el juicio no se ha señalado dentro del término de ciento veinte días fijado por la ley, no demostrándose que exista justa causa para la dilación. *Expedido el auto.*